UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE:** | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND** |
| KEVIN K NICKELSON<br>DEBORAH A NICKELSON<br>Debtor(s) | **CASE NO. BKY 07-34622 DDO** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Kevin K. Nickelson in the amount of $5.42, were unclaimed.

CREDITOR:    CLAIM NUMBER:    AMOUNT:
Kevin K. Nickelson                              $5.42
Deborah A Nickelson
1971 North 6th Street
North St Paul, MN 55109

ACCOUNT NUMBER:
REFUND

**Jasmine Z. Keller, Trustee**

Dated: December 14, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee



cc #3104